United States Bankruptcy Court
Central District of California

In re:                                                          Case No. 13-10855-MB
Linda Joleen Lee                                                Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-1           User: sbeverC              Page 1 of 2                  Date Rcvd: Jun 13, 2017
                               Form ID: van110           Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2017.
db            Linda Joleen Lee,    7930 Fair Ave,    Sun Valley, CA 91352-4458
smg           Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA 90053-0200
cr           +Citibank, N.A., as trustee for CMLTI Asset Trust,    The Wolf Firm, A Law Corporation,
               2955 Main Street, 2nd Floor,    Irvine, CA 92614-5909
cr           +Wilmington Savings Fund Society, FSB, d/b/a Christ,    Wright, Finlay & Zak, LLP,
               c/o Nichole Glowin, Esq.,    4665 MacArthur Court, Suite 200,    Newport Beach, CA 92660-1811
33382730      Burbank City ECU,    PO Box 31,    Burbank, CA 91503-0031
33382731    ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
             (address filed with court:   Chrysler Financial,    27777 Inkster Rd,
               Farmington Hills, MI 48334-5326)
33382732      Chrysler Group Llc,    Dept 77829,    PO Box 77000,    Detroit, MI 48277-2000
34422447     +Citibank, N.A., as trustee for CMLTI Asset Trust,    Fay Servicing, LLC,
               939 W. North Avenue, Ste. 680,    Chicago, IL 60642-1231
33382733      Equifax,    PO Box 144717,    Orlando, FL 32814-4717
33382734      Equifax Information Services, LLC,    PO Box 740256,    Atlanta, GA 30374-0256
33382735      Experian,    NCAC,    PO Box 9556,    Allen, TX 75013-9556
33382736      Experian,    Profile Management,    PO Box 9558,    Allen, TX 75013-9558
33416550     +TD Auto Finance LLC,    P.O. Box 9001987,    Louisville, KY 40290-1987
33382740     +Trans Union Corporation,    ATTN: Public Records Department,    555 W Adams St,
               Chicago, IL 60661-3631
33382741     +Transunion Consumer Relations,    PO Box 2000,    Crum Lynne, PA 19022-2000
33382742      Wells Fargo Home Mortgage,    PO Box 659558,    San Antonio, TX 78265-9558
35238971     +Wilmington Savings Fund Society,    c/o Statebridge Company, LLC,
               5680 Greenwood Plaza Blvd, Suite 100S,    Greenwood Village, CO 80111-2404
37534436     +Wilmington Savings Fund Society,,    as trustee for Ventures Trust 2013-I-H-R,
               c/o BSI Financial Services,    7500 Old Georgetown Rd, Suite 1350,    Bethesda, MD 20814-6240

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: itcdbg@edd.ca.gov Jun 14 2017 01:50:12      Employment Development Dept.,
               Bankruptcy Group MIC 92E,    P.O. Box 826880,    Sacramento, CA 94280-0001
smg           E-mail/Text: BKBNCNotices@ftb.ca.gov Jun 14 2017 01:51:06      Franchise Tax Board,
               Bankruptcy Section MS: A-340,    P.O. Box 2952,    Sacramento, CA 95812-2952
34028813      E-mail/Text: BKBNCNotices@ftb.ca.gov Jun 14 2017 01:51:06      FRANCHISE TAX BOARD,
               BANKRUPTCY SECTION MS A340,    PO BOX 2952,    SACRAMENTO CA 95812-2952
33382737      E-mail/Text: BKBNCNotices@ftb.ca.gov Jun 14 2017 01:51:06      Franchise Tax Board,
               PO Box 2952,    Sacramento, CA 95812-2952
33382739      E-mail/Text: cio.bncmail@irs.gov Jun 14 2017 01:50:05      Internal Revenue Service,
               PO Box 21126,    Philadelphia, PA 19114-0326
33998589     +E-mail/Text: jennifer.galan@wellsfargo.com Jun 14 2017 01:50:38      Wells Fargo Home Mortgage,
               c/o Wells Fargo Bank, N.A.,    Attn: Bk Dept - MAC #T7416-023,    4101 Wiseman Boulevard,
               San Antonio, TX 78251-4200
                                                                                              TOTAL: 6

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp          Courtesy NEF
cr            TD Auto Finance LLC
cr            Wilmington Savings Fund Society FSB
33382738*     Internal Revenue Service,    PO Box 7317,    Philadelphia, PA 19101-7317
                                                                                  TOTALS: 3, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2017                          Signature:  /s/Joseph Speetjens

```
District/off: 0973-1          User: sbeverC               Page 2 of 2                   Date Rcvd: Jun 13, 2017
                              Form ID: van110             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2017 at the address(es) listed below:
              Andrew David Goldberg    on behalf of Creditor    Wilmington Savings Fund Society FSB
               agoldberg@rosicki.com
              Bethany  Wojtanowicz     on behalf of Creditor    Wilmington Savings Fund Society FSB
               bethanyw@w-legal.com,   BNC@w-legal.com
              Darlene C Vigil    on behalf of Interested Party     Courtesy NEF cdcaecf@bdfgroup.com
              Elizabeth (SV) F Rojas (TR)    cacb_ecf_sv@ch13wla.com
              Elizabeth (SV) F Rojas (TR)    on behalf of Trustee Elizabeth (SV) F Rojas (TR)
               cacb_ecf_sv@ch13wla.com
              Jared D Bissell    on behalf of Interested Party     Courtesy NEF jbissell@hoalaw.com
              Jared D Bissell    on behalf of Creditor    Citibank, N.A., as trustee for CMLTI Asset Trust
               jbissell@hoalaw.com
              Nichole  Glowin     on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not Individually but as Trustee for Ventures Trust 2013-I-H-R, a Delaware Trust
               nglowin@wrightlegal.net,   BKUDGeneralupdates@wrightlegal.net
              Scott  Kosner     on behalf of Debtor Linda Joleen Lee tyson@tysonfirm.com
              Sheryl K Ith    on behalf of Creditor    TD Auto Finance LLC sith@cookseylaw.com,
               sith@ecf.courtdrive.com
              Tyson  Takeuchi     on behalf of Debtor Linda Joleen Lee tyson@tysonfirm.com,
               albert@tysonfirm.com;armen@tysonfirm.com
              United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
                                                                                             TOTAL: 12
```

(Form van110–dbcrtn/dbcrtni VAN–110)
Rev. 12/09

# United States Bankruptcy Court
## Central District of California

21041 Burbank Blvd, Woodland Hills, CA 91367–6603

# NOTICE OF APPLICATION FOR ENTRY OF DISCHARGE

**DEBTOR(S) INFORMATION:**
Linda Joleen Lee
aka Linda J Lee, aka Linda Lee
**SSN:** xxx–xx–2626
**EIN:** N/A

7930 Fair Ave
Sun Valley, CA 91352–4458

**BANKRUPTCY NO.** 1:13–bk–10855–MB
**CHAPTER** 13

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that the debtor(s) in the above–captioned bankruptcy case has made application to the court for entry of the debtor(s)' discharge from all debts subject to discharge in this case.

Any creditor or party in interest who has knowledge that the debtor(s) does not qualify for a discharge must do the following within 14–days from the date of this notice:

1. File a written objection to entry of discharge;
2. Serve a copy of the written objection on the debtor(s), the debtor's counsel, if any and the Chapter 13 Trustee; and
3. If the objecting party wishes to have a hearing on the objection, this should be stated in the caption of the objection.

If a hearing is set and you fail to attend, the court may deem your objection to the entry of discharge to be withdrawn.

If the court determines that entry of discharge is not warranted, the case will be closed without a discharge.

Dated: June 13, 2017

BY THE COURT,

**Kathleen J. Campbell**
Clerk of the Court

(Form van110–dbcrtn/dbcrtni VAN–110) Rev. 12/09

**49 /**